UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CLEARWATER 2007 NOTE PROGRAM, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW PIELL,<br><br>Defendant. | Case No. 1:12-cv-00208-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

On November 20, 2013, United States Magistrate Judge Ronald E. Bush issued a Report and Recommendation, recommending that Defendant's Motion to Set Aside Default be denied. *See Order (Dkt. No. 18).* Any party may challenge a magistrate judge's proposed recommendation by filing written objections within fourteen days after being served with a copy of the Magistrate Judge's Report and Recommendation. *See* 28 U.S.C. § 636(b)(1)(C). The Court must then "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* The Court may accept, reject, or modify in whole or in part, the findings and recommendations made by the Magistrate Judge. *Id.*; *see also* Fed. R. Civ. P. 72(b).

No objections to the report and recommendation were filed and the time for doing

so has passed. The Court has reviewed the Report and Recommendation, the parties' briefing on the Motion, and the entire record in this matter. Based upon this review, the Court finds the Report and Recommendation has correctly decided the Motion.

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED, that the Report and Recommendation entered on November 20, 2013, (docket no. 18), shall be, and is hereby, INCORPORATED by reference and ADOPTED in its entirety.

IT IS FURTHER ORDERED, that defendant's Motion to Set Aside Default (docket no. 11) is DENIED.

DATED: February 11, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court